IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>J. SERRATO, et al. ,<br><br>　　　　　　　　　　　Defendants. | Case No. 5:22-cv-05832-BLF<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Action Filed:  October 7, 2022 |

　　　Defendants filed a motion to change time to file a dispositive motion. Having reviewed Defendants' motion, and good cause appearing, Defendants' motion is **GRANTED.**

　　　Defendants may file a dispositive motion on or before January 25, 2024.  Plaintiff shall file an opposition within twenty-eight (28) days of the date Defendants' motion is filed, and Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed. **IT IS SO ORDERED.**

Dated:  __January 11, 2024_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

SF2023603326
44016322.docx

1