IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TRACYE BENARD WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. SERRATO, et al.,**<br><br>Defendants. | Case No. 5:22-cv-05832-BLF<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Action Filed:   October 7, 2022 |

Defendants filed a motion to change time to file a dispositive motion. Having reviewed Defendants' motion, and good cause appearing, Defendants' motion is **GRANTED.**

Defendants may file a dispositive motion on or before January 29, 2024. Plaintiff shall file an opposition within twenty-eight (28) days of the date Defendants' motion is filed, and Defendants shall file a reply no later than fourteen (14) days after Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated: __January 25, 2024____                            _____
                                                         The Honorable Beth Labson Freeman
                                                         United States District Court Judge

SF2023603326
44035761.docx

1