UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br>                  Plaintiff,<br>     v.<br>J. SERRATO, et al.,<br>                  Defendants. | Case No. 22-cv-05832 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 23) |

       Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"), where he was formerly housed. On May 3, 2023, the Court found the complaint stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 9. On January 29, 2024, Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies and on the grounds that they are entitled to qualified immunity. Dkt. No. 21. Plaintiff moves for additional 120 days from the current deadline of February 26, 2024, to conduct discovery and file an opposition. Dkt. No. 23.

       Good cause shown, Plaintiff's motion for additional time is **GRANTED IN PART**. Plaintiff's opposition to Defendants' summary judgment motion shall be filed **no later than April 26, 2024**, which is an extension of sixty (60) days. Defendants' reply shall be

filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket No. 23.

**IT IS SO ORDERED.**

Dated: ___February 15, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. For EOT to file Opp.
PRO-SE\BLF\CR.22\05832Washington_eot-opp