UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br>    Plaintiff,<br><br>  v.<br><br>J. SERRATO, et al.,<br>    Defendants. | Case No. 22-cv-05832 BLF (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT**<br><br>(Docket No. 60) |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). Dkt. No. 1. Settlement proceedings were unsuccessful, and therefore this matter is proceeding to trial. Dkt. No. 57. The Court has already referred this matter to the Federal Pro Se Program to find counsel if possible. Dkt. No. 59. Accordingly, Plaintiff's motion for appointment of pro bono counsel is DENIED as moot. Dkt. No. 60. Plaintiff shall be notified once counsel is located.

This order terminates Docket No. 60.

**IT IS SO ORDERED.**

Dated: _November 25, 2024_____                    _____
                                                                                    BETH LABSON FREEMAN
                                                                                    United States District Judge

Order Denying Mot. As Moot
PRO-SE\BLF\CR.22\05832Washingtonv_atty(moot)