UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br>　　　　　Plaintiff,<br>　　v.<br>J. SERRATO, et al.,<br>　　　　　Defendants. | Case No. 22-cv-05832 BLF (PR)<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). Dkt. No. 1. Finding the complaint stated cognizable claims, the Court ordered service upon Defendants at SVSP. Dkt. No. 9. The Court granted in part and denied in part Defendants' summary judgment motion, such that the following claims remain: excessive force and conspiracy to commit assault claims against Defendants Serrato, Akins, and Diaz. Dkt. No. 49. The Court referred the matter for settlement proceedings on September 5, 2024. *Id*. On November 14, 2024, Magistrate Judge Robert M. Illman docketed a minute entry stating that the parties were unable to reach an agreement. Dkt. No. 57. Because it appeared the matter would proceed to trial, the Court referred the matter to the Federal Pro Se Program to find counsel if possible and stayed this action. Dkt. No. 59.

1  The Federal Pro Se Program has informed the Court that Randall S. Luskey, Shawn M. Estrada, and Sophia Chung of Paul, Weiss, Rifkind, Wharton & Garrison LLP, located at 535 Mission, 25th Floor, San Francisco, CA 94105, have agreed to serve as appointed pro bono counsel for Plaintiff.  Thus Randall S. Luskey, Shawn M. Estrada, and Sophia Chung are hereby **APPOINTED** as counsel for Plaintiff pursuant to § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

This matter shall remain stayed **until August 25, 2025**, at which time the Clerk shall set this matter for a case management conference.

**IT IS SO ORDERED.**

Dated:  __July 24, 2025_____

BETH LABSON FREEMAN
United States District Judge

Order Referring to FPSP
PRO-SE\BLF\CR.22\05832Washingtonv_fpsp.appt.atty