UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACYE B. WASHINGTON,

        Plaintiffs,

  v.

J. SERRATO, et al.,

        Defendants.

Case No.: 5:22-cv-05832-BLF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 7/24/2025, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Tracye B. Washington ID: T81075, D5-122 Low
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: 7/24/2025

Mark B. Busby
Clerk of Court, United States District Court

By:_____
Tiffany Salinas-Harwell, Deputy Clerk to
the Honorable Beth Labson Freeman

*Service_Certificate _CRD*
*rev. August 2018*