# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>Plaintiff,<br>v.<br>J. SERRATO, et al.,<br><br>Defendants. | Case No. 5:22-cv-05832-BLF<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY JANUARY 12, 2026** |

Plaintiff Trayce B. Washington, initially proceeding pro se, initiated this action against Defendants on October 7, 2022. ECF No. 1. On March 28, 2023, the Court screened Mr. Washington's initial complaint and held that it stated some cognizable claims. ECF No. 7. Mr. Washington has since retained counsel and filed a first amended complaint on October 31, 2025. ECF No. 72.

Pursuant to the Parties' agreement that no further screening of Mr. Washington's amended complaint is necessary at the Case Management Conference held on December 4, 2025, the Court deems the first amended complaint to be the operative pleading in this action and concludes that the claims stated are cognizable. Defendants SHALL file an answer or other response to the first amended complaint no later than January 12, 2026.

**IT IS SO ORDERED.**

Dated: December 4, 2025

_____
BETH LABSON FREEMAN
United States District Judge